1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada 89169
   E-mail: gmarina@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 778-9709
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8             **UNITED STATES DISTRICT COURT**
              **DISTRICT OF NEVADA**
9

10  ESTHER LOPEZ,                    )   Case No. 2:22-cv-01307-JCM-DJA
                                     )
11                Plaintiff,         )
                                     )
12  vs.                              )   **JOINT MOTION FOR EXTENSION OF**
                                     )   **TIME FOR DEFENDANT EQUIFAX**
13  EQUIFAX INFORMATION SERVICES LLC,)   **INFORMATION SERVICES LLC TO**
                                     )   **FILE ANSWER**
14                Defendant.         )
                                     )   **SECOND REQUEST**
15                                   )

16      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

17  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

18  no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

19  to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

20  move or otherwise respond to the Complaint in this action is extended from October 10, 2022

21  through and including **November 9, 2022**. The request was made by Equifax so that the parties

22  can have

23  //

24  //

25  //

26  //

27  //

28

1
2  additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed
3  in good faith and not intended to cause delay.
4        Respectfully submitted, this 5TH day of October, 2022.
5
6  CLARK HILL PLLC                              **<u>No opposition</u>**
7  By:  /s/Gia N. Marina                         /s/David H. Krieger
   GIA N. MARINA                                David H. Krieger, Esq.
8  Nevada Bar No. 15276                         Nevada Bar No. 9086
   3800 Howard Hughes Drive, Suite 500          Shawn Miller, Esq.
9  Las Vegas, Nevada  89169                     Nevada Bar No. 7825
   E-mail: gmarina@clarkhill.com                KRIEGER LAW GROUP, LLC
10 Telephone:  (702) 862-8300                   2850 W. Horizon Ridge Blvd., Suite 200
   Facsimile:  (702) 778-9709                   Henderson, NV 89052
11                                              Phone: (702) 848-3855
12 *Attorney for Defendant Equifax Information* Fax: (702) 385-5518
   *Services LLC*                               Email: dkrieger@kriegerlawgroup.com
13                                              Email: smiller@kriegerlawgroup.com
14
15                                              *Attorneys for Plaintiff*
16
17
18
19 IT IS SO ORDERED:
20 [signature]
21 _____
   United States Magistrate Judge
22 DATED:  October 6, 2022
23
24
25
26
27
28

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 5th day of October, 2022, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709