Matthew Knepper, Esq.
Trustee of Krieger Law Group, LLC
Nevada Bar No. 12796
Shawn W. Miller, Esq.
Nevada Bar No. 7825
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Esther Lopez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTHER LOPEZ,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant(s). | Case No.: 2:22-cv-01307-JCM-DJA<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between ESTHER LOPEZ ("Plaintiff") and Defendant EQUIFAX INFORMAITON SERVICES, LLC ("Equifax"), collectively the "Parties," by and through their counsel of record, that Plaintiff's claims and causes of action against Equifax are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on May 7, 2024.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Gia N. Marina* |
| Shawn W. Miller, Esq. | Gia N. Marina, Esq. |
| KRIEGER LAW GROUP, LLC | CLARK HILL |
| 5502 S. Fort Apache Road, Suite 200 | 1700 S. Pavilion Center Drive, Suite 500 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89135 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| ***Esther Lopez*** | ***Equifax Information Services, LLC*** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 9, 2024

-2-